## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:       Calven A. Scott                    CASE NO: 08-03650-EE
                                                CHAPTER 13

---

### MOTION TO MODIFY CHAPTER 13 PLAN

---

**COMES NOW** the debtor, by and through her attorney of record, and filing this proposed Motion to Modify Chapter 13 Plan would show as follows:

1. Debtor filed a Chapter 13 bankruptcy retition on November 21, 2008, relief was granted that day.

2. Debtor is experiencing hardship with maintaining her utilities, automobile repairs, and other living expenses.

3. Debtor proposes to modify her plan by abandoning her home and making no further payments to Litton Loan Servicing LLC, for the first mortgage and mortgage arrears claims.

4. Debtor requests that the Court authorize the Chapter 13 trustee to lower the plan payments and issue an amended wage order, in accordance with the terms of this proposed modification.

5. Debtor prays for general relief.

**WHEREFORE**, debtor prays that the Plan be modified as set forth above.

**RESPECTFULLY** submitted, this the __16th__ day of __October__ 2009.

                                                /s/William W. Stover, Jr.
                                                WILLIAM W. STOVER, JR. MSB #8885
                                                The LAW OFFICES OF WES STOVER
                                                414 SOUTH STATE STREET, SUITE 105
                                                JACKSON, MS 39201
                                                PHONE (601) 949-5000

**CERTIFICATE OF SERVICE**

I, William W. Stover, Jr., Attorney for the above listed debtor, do hereby certify that I have this date mailed a true and correct copy of the above Notice of Motion to Modify Chapter 13 Plan to:

Harold J. Barkley, Jr.      HJB@hBarkley13.com
U.S. Trustee                USTPRegions05.JA.ECF@usdoj.gov

I have also mailed a true and correct copy of the above Motion to Modify Chapter 13 Plan via first class U.S. mail to the above listed parties.

THIS THE 16th day of October, 2009.

/s/ William W. Stover, Jr.
WILLIAM W. STOVER, JR., MSB #8885
THE LAW OFFICES OF WES STOVER
414 SOUTH STATE STREET, SUITE 105
JACKSON, MS 39201
PHONE (601) 949-5000

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 08-03650-ee<br>Southern District of Mississippi<br>Jackson Divisional Office<br>Thu Oct 1 12:37:21 CDT 2009 | Litton Loan Servicing LP<br>P.O. Box 829009<br>Dallas, TX 75382-9009 | U.S. Bankruptcy Court<br>100 East Capitol St.<br>P.O. Box 2448<br>Jackson, MS 39225-2448 |
| 1ST FRANKLIN CREDIT<br>4824 HWY 18 W<br>Jackson MS 39209-9666 | AARON'S SALES & LEASE<br>1025 HAMPSTEAD BLVD<br>Clinton MS 39056-5206 | ALL AMERICAN<br>2815 SUNCREST DR<br>Jackson MS 39212-2529 |
| ALLIED CHECK<br>2612 HWY 80<br>Pearl MS 39208-3403 | ARTHRITIS ASSOCIATES<br>1190 N STATE ST<br>Jackson MS 39202-2413 | ASPEN<br>PO BOX 11801<br>Newark NJ 07101-8101 |
| Aaron Rents, Inc.<br>2800 Canton Road, Suite 900<br>Marietta, GA 30066-5477 | CASH STASH<br>1800 TERRY RD<br>Jackson MS 39204 | ERNEST STEWART, ESQ<br>PO BOX 2757<br>Madison MS 39130-2757 |
| HEATLHCARE FINANCIAL<br>643 LAKELAND E DR<br>Flowood MS 39232-9099 | JACKSON EYE ASSOCIATES<br>1190 N STATE ST<br>Jackson MS 39202-2413 | LITTON LOAN SERVICING<br>PO BOX 4387<br>Houston TX 77210-4387 |
| MORRIS & ASSOCIATES<br>EMILY K. COURTEAU, ESQ.<br>2309 OLIVER RD<br>Monroe LA 71201-2932 | MS BAPTIST CREDIT UN<br>1225 N State ST<br>Jackson MS 39202-2097 | SECURITY CHECK<br>PO BOX 1530<br>DEPT 010<br>Southaven MS 38671-0016 |
| CALVEN A SCOTT<br>3125 BIENVILLE DR<br>Jackson, MS 39212-2544 | Harold J. Ch 13 Barkley Jr.<br>P.O. Box 4476<br>Jackson, MS 39296-4476 | R. Michael Bolen<br>100 W. Capitol St.<br>Suite 706<br>Jackson, MS 39269-1607 |
| William Wesley Stover Jr.<br>The Law Offices of Wes Stover<br>414 S. State St., Ste. 105<br>Jackson, MS 39201-5023 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CELLULAR SOUTH<br>Returned 2/25/9 | (d)Litton Loan Servicing, LP<br>PO Box 829009<br>Dallas, Tx 75382-9009 | End of Label Matrix<br>Mailable recipients 21<br>Bypassed recipients 2<br>Total 23 |