Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

08-03650

*Amended*

CASE NO. 08-_____

| | | |
|---|---|---|
| Debtor  CALVEN A SCOTT | SS#  xxx-xx-2889 | Current Monthly Income $ 2,408.00 |
| Joint Debtor  Non Filing Fiance' | SS#  N/A | Current Monthly Income $ 750.00 |
| Address  3125 BIENVILLE DR Jackson, MS 39212-0000 | | No. of Dependents  2 |
| Telephone No.  N/A | TAX REFUNDS AND EIC FOR DISTRIBUTION: N/A | |

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __60__ months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)   Debtor shall pay $__556.00__ per bi-weekly to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

> DR GRENFELL
> 971 LAKELAND DRIVE
> ST. DOMINIC WEST TOWER
> SUITE 450
> Jackson MS 39216

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $ 0.00 @ $ 0.00 /mo
State Tax Commission $ 0.00 @ $ 0.00 /mo Other $ 0.00 @ $ 0.00 /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**
-NONE-

beginning in the amount of $ per month shall be paid:
_____ direct   _____ through payroll deduction   _____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**
-NONE-

in the amount of $ shall be paid $ per month:
_____ through payroll deduction   _____ through the plan.

**HOME MORTGAGE(S)** *
MTG PMTS TO: _____   * BEGINNING _____ * _____ @$ ___ *  ☒PLAN ☐DIRECT
MTG ARREARS TO: _____   THROUGH _____   $ _____ @$ _____ /MO*

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1326(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| 1ST FRANKLIN CREDIT | 1994 CADILLAC DEVILLE (THIS AUTOMOBILE HAS APPROXIMATLEY 190,000 MILES) | *2,700.00 | 2,250.00 | 9.50 % | 3,402.00 | 56.70 |
| MS BAPTIST CREDIT UN (3/04) | 2002 CHEVROLET TRAILBLAZER (THIS AUTOMOBILE HAS APPROXIMATELY 140,000 MILES) | *2,500.00 | 5,000.00 | 9.50 % | 3,082.32 | 57.08 |
| AARON'S SALES & LEASE | TABLES | *140.00 | 200.00 | 9.50 % | 172.80 | 3.20 |

Debtor's Initials  CS   Joint Debtor's Initials _____                                 CHAPTER 13 PLAN, PAGE 1 OF 2

08-03650

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| -NONE- Litton Loan Servicing, LLC. | Home & lot | | 000 to be paid (abandon) |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments: ___-NONE-___

**UNSECURED DEBTS** totaling approximately $ __5,432.00__ are to be paid in deferred payments to creditors that have filed claims that are not disallowed: __XX__ IN FULL or __100__ % (PERCENT) MINIMUM.

Total Attorney Fees Charged $ 2,500.00  
Attorney Fees Previously Paid $ 726.00  
Attorney fees to be paid through the plan $ 1,774.00

Pay administrative costs and debtor's attorney fees Pursuant to Court Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent  
SAFEWAY INSURANCE COMPANY

Attorney for Debtor (Name/Address/Phone # / Email)  
William W. Stover, Jr. 8885  
414 SOUTH STATE STREET  
SUITE 105  
JACKSON, MS 39201

Telephone/Fax _____

Telephone/Fax  601-353-5000/601-353-3537  
E-mail Address  amcclure@bondnbotes.com

DATE: 11/21/08    DEBTOR'S SIGNATURE    /s/ Calven A. Scott

ATTORNEY'S SIGNATURE    /s/ William W. Stover, Jr.